**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| CHARLES E. THOMPSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| Mayor ROBERT REICHERT, *et al.*, | : | NO. 5:11-CV-278 (MTT) |
| Defendants | : | **O R D E R** |

Before the Court is Plaintiff **CHARLES E. THOMPSON'S** motion to reconsider this Court's July 25, 2011 Order (Doc. 12). The Court's Order dismissed Plaintiff's complaint without prejudice because Plaintiff, while incarcerated, has filed more than 3 prior actions that have been dismissed as frivolous, and Plaintiff is not currently under imminent danger of serious physical injury.

In the instant filing, Plaintiff makes rambling and wide-ranging objections to this Court's July 25th dismissal of his case. He does not, however, allege any facts to support his being in imminent danger of serious physical injury. Plaintiff contends that this Court should not count as strikes under 28 U.S.C. § 1915(g) actions either that arose out of incidents occurring when Plaintiff was not incarcerated or that were dismissed during his prior periods of incarceration. Plaintiff's arguments are without merit. Relevant actions under section 1915(g) include all lawsuits filed "while incarcerated." Plaintiff does not dispute that he was in prison when he filed the instant lawsuit or the prior lawsuits that resulted in strikes.

In light of the above, Plaintiff's motion to reconsider is hereby **DENIED**.

**SO ORDERED**, this 5th day of August, 2011.

                                                        <u>S/ Marc T. Treadwell</u>
                                                        MARC T. TREADWELL, JUDGE
                                                        UNITED STATES DISTRICT COURT

cr