**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| CHARLES E. THOMPSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| Mayor ROBERT REICHART, *et al.*, | : | NO. 5:11-cv-278 (MTT) |
| Defendants | : | **O R D E R** |

*Pro se* Plaintiff **CHARLES E. THOMPSON**, whose complaint has been dismissed by this Court (Doc. 10), has filed a "Motion to Order Records by Rule 10" (Doc. 16). In this motion, Plaintiff asks that the Court "transfer" to the Eleventh Circuit Court of Appeals "transcripts and all records from the District Court." Any documents docketed in this Court will be part of the record on appeal. Because Plaintiff's motion is unnecessary, it is hereby **DENIED**.

**SO ORDERED**, this 25th day of August, 2011.

S/Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr