IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHARLES E. THOMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-cv-278 (MTT) |
| ) | |
| **MAYOR, CITY OF MACON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

This matter is before the Court on the Plaintiff's Motion to Dismiss his Notice of Appeal. (Doc. 23). For the following reasons, the Motion is **DENIED** as **MOOT**.

On July 25, 2011, the Court entered an Order denying the Plaintiff's Motion for Leave to Proceed In Forma Pauperis and dismissed his claim without prejudice. (Docs. 10,11). The Plaintiff's Motion was denied pursuant to 28 U.S.C. § 1915(g) because he had three prior strikes and was not in imminent dangers of serious injury at the time he requested to proceed in forma pauperis. On August 5, 2011, the Court denied the Plaintiff's Motion for Reconsideration. (Doc. 13). The Plaintiff's Notice of Appeal of the Court's Orders (Docs. 10,13) was filed August 15, 2011 (Doc. 15).

On August 26, 2011, the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit sent the Plaintiff a letter ordering him to pay the filing fee within 14 days or have his appeal dismissed without further notice. (Doc. 19). On September 13, 2011, the Clerk of Court entered a dismissal stating that, "[p]ursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Charles E. Thompson has failed to pay the filing and docketing fees to the district court

within the time fixed by the rules, effective September 13, 2011." (Doc. 20).  The Plaintiff filed the Motion to Dismiss his Notice of Appeal on September 21, 2011.  (Doc. 23).  However, because the United States Court of Appeals for the Eleventh Circuit has already dismissed the Plaintiff's appeal, the Plaintiff's Motion (Doc. 23) is **DENIED** as **MOOT**.

    **SO ORDERED,** this 11th day of October, 2011.

                        S/ Marc T. Treadwell
                        MARC T. TREADWELL, JUDGE
                        UNITED STATES DISTRICT COURT

bnw